FILED
JAN 29 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT ALAN PALMER | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. |
| | ) SA-23-CV-100-OLG |
| KILOLO KIJAKAZI, acting Commissioner of the Social Security Administration | ) |
| Defendant | ) |

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

The Court has considered the report and recommendation of United States Magistrate Judge Henry J. Bemporad, filed in the above-styled and numbered cause on December 1, 2023. Docket no. 16. Plaintiff filed objections (docket no. 18).

The Court has conducted an independent review of the record and has reviewed the applicable law. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). The Court agrees with the Magistrate Judge's findings and conclusions and accepts the Magistrate Judge's recommendation.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 16) is ACCEPTED. For the reasons stated in the recommendation, the Commissioner's decision is AFFIRMED. This case may be closed.

SIGNED on the 29 day of January, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE